PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

The following constitutes
the order of the court. Signed March 01, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

EDDIE WILLIAMS,

        Debtor.
_____/

Case No. 10-72502 RE

Chapter 13

**ORDER VALUING LIEN OF BANK OF AMERICA**

    On January 21, 2011, Eddie Williams (hereinafter Debtor) served a motion to value the lien of Bank of America (hereinafter Lienholder) against the property commonly known as 1908 Calaveras Drive, Pittsburg, CA 94565, which lien was recorded in Contra Costa County on or about October 24, 2007 as document 029922100 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

    (1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

COURT SERVICE LIST

Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Eddie Williams
1908 Calaveras Drive
Pittsburg, CA 94565

Attn: Officer
Bank of America, National Association
101 S. Tryon
Charlotte, NC 28202

Attn: Officer
Bank of America, National Association
C/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Attn: Officer
Bank of America, NA
P.O. Box 26078
Greensboro, NC 27420

Attn: Officer
BAC Home Loans Servicing, LP
4500 Park Granada
Calabasas, CA 91302

Attn: Officer
BAC Home Loans Servicing, LP
C/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Attn: Officer or Managing Agent
Litton Loan Servicing, LP
4828 Loop Central Dr., Suite 600
Houston, TX 77081

Attn: Officer or Managing Agent
Litton Loan Servicing, LP
C/o CSC – Lawyers Incorporating Service
2730 Gateway Oaks Dr.
Suite 100
Sacramento, CA 95833

Attn: Ramesh Singh
GE Money Bank
C/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605